**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WIRELESS MEDIA INNOVATIONS, LLC, | |
| Plaintiff, | Civil Action No. 14-1378-SLR |
| v. | |
| PCI OF VIRGINIA, LLC, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Wireless Media Innovations, LLC hereby files this voluntary Notice of Dismissal of defendant, PCI of Virginia, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant has not yet answered the Complaint.  Accordingly, Wireless Media Innovations, LLC voluntarily dismisses Defendant PCI of Virginia, LLC with prejudice pursuant to Rule 41(a)(1), with each party to bear its own costs, expenses, and attorneys' fees.

Dated: May 13, 2016

*/s/ Stamatios Stamoulis*
STAMOULIS & WEINBLATT LLC
Stamatios Stamoulis (DE Bar No. 4606)
stamoulis@swdelaw.com
Richard C. Weinblatt (DE Bar No. 5080)
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540


*Attorneys for Plaintiff,*
*Wireless Media Innovations, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2016, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606